UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL L. D'ANGELO,

    Plaintiff,

v.                                                  CASE NO: 8:05-cv-563-T-26TBM

THE SCHOOL BOARD OF POLK
COUNTY, FLORIDA,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion in Limine (Dkt. 52) is denied for failure to comply with the requirements of Local Rule 3.01(g). The parties are put on notice that this Court looks with disfavor on motions in limine that raise evidentiary issues more appropriately raised at trial or motions in limine that are in reality disguised motions for summary judgment. Such motions, as well as a motion that does not comply with the requirements of Local Rule 3.01(g), will be summarily denied.

**DONE AND ORDERED** at Tampa, Florida, on May 22, 2006.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record